IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:98CR64 |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDON EDWARD LILLARD DRUMMER. | ) | REASSIGNMENT ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS ORDERED** that, in the interest of judicial economy, this case is reassigned from District Judge Thomas Shanahan to District Judge Laurie Smith Camp and remains assigned to Magistrate Judge F.A. Gossett.

**DATED:   July 19, 2005**

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge