IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                              )<br>           Plaintiff,         )<br>                              )<br>       vs.                    )<br>                              )<br>BRANDON EDWARD LILLARD VIRGIL DRUMMER,)<br>                              )<br>           Defendant.         ) | 8:98CR64<br><br>ORDER |

    Defendant Brandon Edward Lillard Virgil Drummerr appeared before the court on August 5, 2005 on a Petition for Warrant or Summons for Offender Under Supervision [82].  The defendant was represented by Assistant Federal Public Defender Jessica L. Milburn and the United States was represented by Assistant U.S. Attorney Michael P. Norris.  Defendant was not entitled to a preliminary examination and the government did not request a detention hearing.  Therefore, the defendant was released on current conditions of supervision.

    I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

    **IT IS ORDERED**:

    1.    A final dispositional hearing will be held before United States District Court Judge Laurie Smith Camp, in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 9:30 a.m. on August 29, 2005.**  Defendant must be present in person.

    2    The defendant is released on current conditions of supervision.

    DATED this 5th day of August, 2005.

    BY THE COURT:

    s/ F. A. Gossett
    United States Magistrate Judge